HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
REED GRANTHAM, CA SBN #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
RYAN NEWMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RYAN NEWMAN,<br><br>Defendant. | Case No. 6:17-po-00116-MJS<br><br>**REQUEST FOR RULE 43 WAIVER FOR PLEA AND SENTENCING; ORDER**<br><br>Hon. Michael J. Seng<br>Date: June 7, 2017<br>Time: 10:00 a.m. |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Ryan Newman, having been advised of his right to be personally present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear for plea and sentencing at the June 7, 2017 hearing and that he be allowed to appear by video from the United States federal courthouse in Riverside, California.[1] This Court has the discretion under Rule 43(b)(2) to allow Mr. Newman to appear by video for plea and sentencing. The government has no objection to this request.

On November 24, 2016, Mr. Newman was cited for possession of mushrooms in violation of 36 C.F.R. § 2.35(b)(2) and possession of marijuana in violation of 36 C.F.R. § 2.35(b)(2). An initial appearance was held in this matter on April 18, 2017, at which time Mr.

---

[1] At the initial appearance on April 18, 2017, the Court previously granted a defense request for a Rule 43 waiver as to all pretrial proceedings. This request seeks a waiver of Mr. Newman's appearance for purposes of plea and sentencing.

| | |
|---|---|
| 1 | Newman entered a plea of not guilty. A status conference is set for this case on June 7, 2017. |
| 2 | The parties have reached a resolution in this matter. Mr. Newman currently resides in San |
| 3 | Diego, California, and is employed full-time as a warehouse manager. Yosemite National Park is |
| 4 | approximately a seven hour drive from San Diego, and given that Mr. Newman would need to |
| 5 | take off at least one day of work, Mr. Newman would be forced to incur significant expense for |
| 6 | such a trip. Accordingly, Mr. Newman respectfully requests the Court grant a waiver of his right |
| 7 | to be personally present and that he be permitted to appear via video from the federal courthouse |
| 8 | in Riverside, California. The defense is in the process of arranging a video conference with the |
| 9 | Riverside federal courthouse. |

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: June 1, 2017      */s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
RYAN NEWMAN

## **O R D E R**

**GOOD CAUSE APPEARING**, Defendant's request for waiver of personal appearance in favor of a video appearance at a plea and sentencing in Case No. 6:17-po-00116-MJS, is granted provided Defendant makes necessary arrangements to appear by video from a federal courthouse and a fully executed written plea agreement is filed with the court at least three business days before the plea hearing.

IT IS SO ORDERED.

Dated:   June 2, 2017         */s/ Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

Newman – Request for Rule 43 Waiver