1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  HOPE ALLEY, CA SBN #314109
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   RYAN R. NEWMAN
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 6:17-po-00116
12 |         Plaintiff,         | **MOTION TO VACATE MAY 2, 2018 REVIEW HEARING; ORDER**
13 | vs.                        |
14 | RYAN R. NEWMAN,            |
15 |         Defendant.         |

16

17      Defendant Ryan Newman hereby requests that the Court vacate the May 2, 2018 review

18 hearing. The Government is in agreement with the request.

19      On June 7, 2017, the Court sentenced Mr. Newman to 12 months of unsupervised

20 probation pursuant to a deferred entry of judgment, with the conditions that he obey all laws and

21 advise the Court and Government within seven days of being cited or arrested for any alleged

22 violation of law. The Court also ordered Mr. Newman to pay a fine of $600.00.

23      Mr. Newman has had no new violations of law and has paid his fine in full. Accordingly,

24 Mr. Newman respectfully requested that this Court vacate the May 2, 2018 review hearing.

25 //

26 //

27 //

28 //

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: April 24, 2018        */s/ Hope Alley*
                            HOPE ALLEY
                            Assistant Federal Defender
                            Attorney for Defendant
                            RYAN R. NEWMAN

## **O R D E R**

Based on the parties' joint representation that Mr. Newman is in compliance with the conditions of his probation, the Court vacates the May 2, 2018 review hearing.

IT IS SO ORDERED.

Dated: **April 24, 2018**

_____
UNITED STATES MAGISTRATE JUDGE